MAS-20030912
guen
Case 1:04-cv-10878-RCL    Document 2    Filed 05/27/2004    Page 1 of 1
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket
05/21/2004
01:48 PM

## SUCV2004-00948
### Modern Continental Construction Company, Inc v RLI Insurance Company

| | | | | | |
|---|---|---|---|---|---|
| File Date | 03/04/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 05/21/2004 | Session | BLS2 - CtRm 20 | | |
| Origin | 1 | Case Type | BK1 - Other complex commercial claims | | |
| Lead Case | | Track | B | | |

| | | | |
|---|---|---|---|
| Service | | Answer | Rule12/19/20 |
| Rule 15 | | Discovery | Rule 56 |
| Final PTC | | Disposition | Jury Trial    Yes |

### PARTIES

**Plaintiff**
Modern Continental Construction Company, Inc
Active 03/04/2004

**Private Counsel 544682**
Eric F Eisenberg
Hinckley Allen & Snyder
28 State Street
Boston, MA 02109-1775
Phone: 617-345-9000
Fax: 617-345-9020
Active 03/04/2004 Notify

**Defendant**
RLI Insurance Company
Served: 04/09/2004
Served (answr pending) 04/13/2004

**Private Counsel 556640**
Robert E Kiely
Regan & Kiely
85 Devonshire Street
6th floor
Boston, MA 02109
Phone: 617-723-0901
Fax: 617-723-0977
Active 05/21/2004 Notify

**Private Counsel 645267**
Syd A Saloman
Regan & Kiely
85 Devonshire Street
Boston, MA 02109
Phone: 617-723-0901
Fax: 617-723-0977
Active 05/21/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/04/2004 | 1.0 | Complaint (Business) filed with request for trial by jury |
| 03/04/2004 | | Origin 1, Type BK1, Track B. |
| 03/04/2004 | 2.0 | Civil action cover sheet filed |
| 03/09/2004 | 3.0 | Notice of Acceptance into Business Litifation Session (vanGestel, J.). Notice sent 3/9/04 |
| 04/13/2004 | 4.0 | SERVICE RETURNED: RLI Insurance Company(Defendant) (First Class mail) |
| 05/21/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. RLI Insurance Company U. S. Dist.#(04-10878RCL). |
| 05/21/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

I HEREBY ATTEST AND CERTIFY ON
MAY 26, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

ASSISTANT CLERK.