UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-10878 RCL

| | |
|---|---|
| MODERN CONTINENTAL CONSTRUCTION, Plaintiff | ) ) ) ) |
| v. | ) ) |
| RLI INSURANCE COMPANY, Defendant | ) ) ) |

### AFFIDAVIT OF FREDERIC R. MINDLIN

1. My name is Frederic R. Mindlin and I am attorney licensed to practice in the State of New York.

2. I was admitted to practice law in the State of New York in 1975. I am also admitted to practice before the federal courts in New York and the Federal Appeals Court in New York. I am currently in good standing in all of the courts and jurisdictions in which I am admitted.

3. I have previously been admitted and practiced *pro hac vice* in courts in Massachusetts, although not in the calendar year 2004.

4. I have been practicing insurance law since 1976, and have litigated and tried numerous insurance coverage cases. I have an expertise in this area of law and pre-existing attorney/client relationship with the defendant's insurer.

5. I am familiar with the rules governing professional conduct and hereby agree to abide by the same and all of my conduct in this matter.

6. I have read, and am familiar with, and hereby agree to abide by the rules of civil procedure governing actions within in the United States District Court for the District of Massachusetts.

Signed under the pains and penalties this 21ST day of May, 2004.

*Frederic R. Mindlin*
Frederic R. Mindlin, Esquire
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
(212)804-4250