UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-10878 RCL

| | |
|---|---|
| MODERN CONTINENTAL CONSTRUCTION, </br>    Plaintiff </br></br> v. </br></br> RLI INSURANCE COMPANY, </br>    Defendant | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### AFFIDAVIT OF COSTANTINO SURIANO

1. My name is Constantino Suriano and I am attorney licensed to practice in the State of New York.

2. I was admitted to practice law in the State of New York in 1981. I am also admitted to practice before the federal courts in New York and the Federal Appeals Court in New York. I am currently in good standing in all of the courts and jurisdictions in which I am admitted.

3. I have previously been admitted and practiced *pro hac vice* in courts in Massachusetts on one other matter in the calendar year 2004.

4. I have been practicing insurance law since 1982, and have litigated and tried numerous construction related insurance coverage cases. I have an expertise in this area of the law and a pre-existing attorney/client relationship with the defendant's insurer.

5. I am familiar with the rules governing professional conduct and hereby agree to abide by the same and all of my conduct in this matter.

6. I have read, and am familiar with, and hereby agree to abide by the Local Rules of Civil Procedure governing actions within in the United States District Court for the District of Massachusetts.

Signed under the pains and penalties this _____ day of May, 2004.

*Costantino Suriano*
_____
Constantino Suriano, Esquire
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
(212)804-4250