IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERN CONTINENTAL CONSTRUCTION CO., INC. ) ) ) ) Plaintiff, ) ) v. ) ) RLI INSURANCE COMPANY ) ) Defendant. ) ) | CIVIL ACTION NO. 04-10878-RCL |

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff Modern Continental Construction Co., Inc. ("Modern") hereby moves to postpone the Scheduling Conference in the above-captioned matter, which has been scheduled for Thursday, July 22, 2004 at 2:30 p.m. to any date after August 2, 2004 which is convenient for the Court.

1. Counsel for Modern has a longstanding family vacation planned for July 22, 2004 through August 2, 2004.

2. The Defendant RLI Insurance Company has assented to this Motion.

WHEREFORE, Plaintiff Modern Continental Construction Co., Inc. requests that this court postpone the Scheduling Conference in this matter from Thursday, July 22, 2004 at 2:30

#491966 v1

p.m. to any date after August 2, 2004 which is convenient for the Court.

                                        Respectfully submitted,

**MODERN CONTINENTAL CONSTRUCTION CO., INC.,**

*By its attorneys,*

_____
Joel Lewin (BBO # 298040)
Eric F. Eisenberg (BBO # 544682)
Erin M. Boucher (BBO # 631403)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

Dated: 7/6/04

ASSENTED TO:

**RLI INSURANCE COMPANY**

*By its attorneys,*

_____
Robert Kieley (BBO #556640)
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901

### CERTIFICATE OF SERVICE

I, Erin McNamara Boucher, hereby certify that on this 6th day of July, 2004 a true and accurate copy of the foregoing document was mailed, postage prepaid to counsel of record.

_____

#447623      2