UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**MODERN CONTINENTAL CONSTRUCTION CO., INC.**


**V.**                                    **CIVIL ACTION NO. 04-10878-RCL**


**RLI INSURANCE CO.**


## SETTLEMENT ORDER OF DISMISSAL


LINDSAY, D.J.


   The Court having been advised by counsel for the parties that

the above-entitled action has been settled;

   IT IS HEREBY ORDERED that this action is hereby dismissed

without costs and without prejudice to the right, upon good cause

shown within thirty (30) days, to reopen the action if settlement

is not consummated.


                                    /s/ Lisa M. Hourihan
August 19, 2004                     --------------------------
                                    Deputy Clerk