UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10878-RCL

| | |
|---|---|
| MODERN CONTINENTAL CONSTRUCTION CO., INC., <br><br> Plaintiff, <br><br> v, <br><br> RLI INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## JOINT MOTION TO EXTEND NISI ORDER

Plaintiff Modern Continental Construction Co., Inc. ("Modern") and Defendant RLI Insurance Company ("RLI"), hereby jointly request that this Court extend its Settlement Order of Dismissal for an additional thirty (30) days to and including October 19, 2004.

AS GROUNDS FOR THIS MOTION, the parties state as follows:

1. This case was reported settled by the parties on or about August 19, 2004.

2. On the same date, this Court entered a thirty (30) day Settlement Order of Dismissal as to all parties and all claims. A true and accurate copy of said Order is attached hereto as Exhibit "A." This Order will dismiss this action without costs and without prejudice on September 19, 2004 if the parties do not file a Stipulation of Dismissal by September 19, 2004.

3. The parties have diligently pursued the documentation necessary to complete the settlement of this action, but nevertheless require an additional extension of the Court's deadline to execute the necessary documents, complete the transfer of settlement funds, and file the appropriate Stipulation of Dismissal.

#500179

4.   The parties will not be prejudiced by an extension of the Court's Order.

WHEREFORE, the parties respectfully request this Court extend the Settlement Order of Dismissal for an additional thirty (30) days to and including October 19, 2004.

Respectfully submitted,

| | |
|---|---|
| **MODERN CONTINENTAL CONSTRUCTION CO., INC.** | **RLI INSURANCE COMPANY** |
| *By its attorneys,* | *By its attorneys,* |
| /s/ Erin McNamara Boucher<br>Joel Lewin (BBO #298040)<br>Eric Eisenberg (BBO #544682)<br>Erin McNamara Boucher (BBO #631403)<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 345-9000 | /s/ Robert E. Kiely<br>Robert E. Kiely (BBO #556640)<br>REGAN & KIELY LLP<br>85 Devonshire Street<br>Boston, MA 02109<br>(617) 723-0901 |

## CERTIFICATE OF SERVICE

I, Erin McNamara Boucher, hereby certify that on September ___, 2004, I served a copy of the foregoing document on counsel of record via first class mail, postage prepaid.

_____

500179

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MODERN CONTINENTAL CONSTRUCTION CO., INC.**

V.                                CIVIL ACTION NO. 04-10878-RCL

**RLI INSURANCE CO.**

### SETTLEMENT ORDER OF DISMISSAL

LINDSAY, D.J.

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

August 19, 2004                    /s/ Lisa M. Hourihan
                                   ------------------------
                                   Deputy Clerk

EX. A