UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------x

MODERN CONTINENTAL
CONSTRUCTION, INC.

Plaintiff,

-against-

RLI INSURANCE COMPANY

Defendant.

---------------------------------------------x

Civil Action No.: 04 CV 10878 RCL

**STIPULATION and ORDER
OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the above entitled action and all related counterclaims are discontinued with prejudice, with each party to bear its own attorney's fees and costs.

Dated:   October 5, 2004

HINCKLEY, ALLEN & SNYDER, LLP

_Eric F. Eisenberg_ (EMB)
_____
Joel Lewin, BBO No. 289040
Eric F. Eisenberg, BBO No. 544862
28 State Street
Boston, MA 02109
(617) 345-9000
Attorneys for Plaintiff

MOUND, COTTON, WOLLAN &
GREENGRASS

_Frederic R. Mindl_
_____
Frederic R. Mindlin,  pro hac vice
One Battery Park Plaza
New York, NY 10004
(212) 804-4200
Attorneys For Defendant

SO ORDERED:

_____
U.S.D.J.